**No. 09-6742. Brian Lee Gould, Petitioner v. United States.**

559 U.S. 974, 130 S. Ct. 1686, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2014.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 568 F.3d 459.

**No. 09-6839. Levi W. Smith, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 974, 130 S. Ct. 1686, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2073.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-7132. Jane Doe, a Female Juvenile, Petitioner v. United States.**

559 U.S. 974, 130 S. Ct. 1687, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2149.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 572 F.3d 1162.

**No. 09-7294. Donna Thurgood Solomon, Petitioner v. Pioneer Adult Rehabilitation Center.**

559 U.S. 974, 130 S. Ct. 1687, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2058.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 09-7306. Georgette R. Asbury, Petitioner v. City of Roanoke, Virginia.**

559 U.S. 974, 130 S. Ct. 1687, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2021.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 330 Fed. Appx. 39.

**No. 09-7385. Shannon Keith Harris, Petitioner v. United States.**

559 U.S. 975, 130 S. Ct. 1687, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2187.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 566 F.3d 422.

**No. 09-7414. Jeremiah King, Petitioner v. United States.**

559 U.S. 975, 130 S. Ct. 1688, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2069.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-7568. Hopeton Gooden, Petitioner v. United States.**

559 U.S. 975, 130 S. Ct. 1688, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2105.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 340 Fed. Appx. 895.

**No. 09-7577. Jesus Puga-Ochoa, Petitioner v. United States.**

559 U.S. 975, 130 S. Ct. 1688, 176 L. Ed. 2d 186, 2010 U.S. LEXIS 2002.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 323 Fed. Appx. 595.